EXHIBIT A

FILED
2021 Jun-11 PM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Debra A. Conner



## PROFILE

Accomplished, results oriented business leader and experienced attorney with extensive insurance background in Life, Health & Disability, both group (ERISA plans) and individual lines of business. Strong leadership skills demonstrated through hiring and development of staff, coaching management staff, team building and implementation of new processes aimed at operating efficiencies. Particular interests in Organizational Development and Talent Management, Cultural & Change Acceleration, Litigation testimony and Insurance Fraud.

## EXPERIENCE

**Self-employed Consultant**                                                                    September 2018 to present

Providing consultant services with a particular focus on life and disability claims including litigation support and expert witness testimony. Other areas of expertise include coaching organizations in general areas of business planning and strategy, organizational development, as well as life and disability insurance product knowledge.

<u>**Sun Life Financial**</u>, Wellesley Hills, MA                                                         2003- September 2018

**Vice President, Life and Disability Benefits**                                                                    2016
**Assistant Vice President, Life & Disability Benefits (LTD, STD, Life Claims & Life Waiver & Voluntary products)**                                                                                                2015
**Assistant Vice President, STD & LTD Benefits, Life Waiver Benefits and Hybrid Disability (voluntary benefit)**                                                                                                2014
**Assistant Vice President, Life Waiver, AD & D, LTD, Critical Illness/Cancer & Hybrid Disability Claims**                                                                                                            2012
**Assistant Vice President, Life Waiver, AD & D, Stop Loss & Long Term Disability Claims**   2010
**Director, Life Waiver & Long Term Disability Claims**                                                        2007
**Claim Officer, LTD Claims**                                                                                        2003

 Oversaw a staff of approximately 350+ employees in multiple sites (5) with responsibilities for claim adjudication of short term and long term disability, life claims and life waiver of premium benefits as well as the voluntary products. Responsible for building new claim units for Critical illness/Cancer product as well as Voluntary "Hybrid" disability for fourth quarter 2012 implementation. Managed Stop Loss Claims from 2010 to 2012. Direct oversight of 4 to 8 officers responsible for day to day workflow.

- Direct responsibility for financials and strategic oversight of above-noted product lines associated with all aspects of claim adjudication and customer service.
- Stabilized approval rate on Long Term Disability block of business and dramatically improved financial results through structural and organizational changes, development of staff expertise and execution of claim management philosophy
- Developed & implemented Management Development Program, to build succession planning for management roles
- Oversaw a budget of approximately 52+ million dollars
- Developed organizational structure and centers of excellence for claim management practices
- Executed on structural and cultural changes to Stop Loss claim organization improving workflow,

profitability and claim turnaround times.
- Responsible for Risk Management of in excess of a billion dollars of reserves
- Oversight for build-out of claim organization in new site in Scarborough, Maine, 2015.
- Oversight for claim due diligence and integration activities through 2 acquisitions.

**GE Financial**, Enfield, CT                                                                                           2000 – 2003
**Leader, Group Life & Disability Management Services**
-Manage a staff of 70+ employees with responsibilities for claim adjudication of life, short-term disability and long-term disability with managed reserves of approximately 450 million dollars.

-Reorganized Disability Department, reassigning resources to LTD and eliminating non-essential positions to create operating efficiencies. Oversaw creation of LTD Quality & Resolution Unit with responsibilities for maintaining reserve integrity.

- Initiated audit of life waiver of premium files and reduced reserves by 6% in the first year.

-Completed Six Sigma training and change acceleration.

-Oversaw reduction of Short-term disability inventory through "Level 0" process, reducing cycle time by 11+ days and championed implementation of electronic submission of STD claims through Six Sigma processes.

-Implemented Settlement program for Life Waivers and LTD that contributes to net income.

-Retained financial, medical and vocational consultant resources to assist with LTD claims.
-Oversaw change in LTD claim adjudication philosophy to a more proactive claim management approach with an emphasis on "Return to Wellness" thus increasing resolution rates by 27%.
-Maintain operating budget of $4.5 million for 9 cost centers
-Participate as a mentor in GEFA's mentoring program.

**Hartford Life Insurance Company**, Simsbury, CT                                                       1999 – 2000
**Associate Counsel, Employee Benefit Division**
Provided legal support for Large Group Accounts (50 to 10,000 lives) and Small Business Priority Accounts (50 to 500 lives) for group life and accidental death & dismemberment, special risks and disability blocks of business including:
-Drafting Agreements for alternate distribution arrangements
-Providing pre-sale and post-sale advice to underwriters and account managers.
-Advising claim department on case specific claim issues and making recommendations for overall procedural changes
-Working with Compliance area on statutory and filing matters.
-Mentoring new attorneys in matters relating to special investigations unit and insurance fraud.
-Provided legal advice to Special Investigations Unit.


**Massachusetts Casualty Insurance Co**., Boston, MA                                                  1996 – 1999
*A wholly owned subsidiary of Sun Life of Canada specializing in individual disability insurance that was sold to a division of Zurich in 1999.*
**Vice President, Director of Benefits**                                                                                 1997-1999
-Managed a staff of 32 employees responsible for individual disability claim adjudication
-Successfully restructured department, reassigning employees, eliminating non-essential positions and standardized procedures; reduced expense budget from $2.5 million to $1.9 million.
-Implemented improved procedures in the areas of claims management, clinical case management, rehabilitation, quality assurance and roundtable file reviews.
-Directed efforts leading to decreases of $9.2 million in direct reserves and $3.4 million in net reserves during first six months of 1998.

-Reduced number of claims in pending status by 35% in 1997 through closer monitoring and claimant telephone calls.
-Worked with COO and other senior management staff to develop a strategic operating plan, to improve hiring practices and employee productivity incentives.
-Hired five senior staff, including two managers, a case manager, rehabilitation director and a senior claim auditor.
-Assisted Sun Life with sale of company and maintained benefit department stability through closing.

**Assistant Counsel**                                                                                                                  1996- 1997
-Managed all disability litigation matters for East Coast states and Alabama, including retaining outside counsel, review of pleadings, attending depositions, mediations and trials and generally directed the course of litigation.
-Advised Benefit Department on claim matters both pre and post-litigation.
-Advised Human resources on employee matters, terminations and severance agreements.
-Reviewed marketing brochures and provided advice on product questions and compliance matters.

**Allmerica Financial,** Worcester, MA                                                                                         1991- 1996
**Attorney**
-Provided legal advice to Benefit Departments, including life, accidental death & dismemberment, health, and disability (both group and individual), on claim matters.
-Managed litigation associated with individual disability block of business.
-Provided legal support to group contracts and compliance and internal corporate auditing.
-Assisted with product development and individual disability contract filing.
-Directed course of litigation against healthcare providers involved in insurance fraud. First such case resulted in $500,000 settlement for group medical operation.
-Filed corporate fraud plans with state insurance departments.
-Reviewed/drafted all health care claim denials involving bone marrow transplants and experimental treatment and managed all litigation associated with such denials.

**Phoenix Mutual Life Insurance Co.** Enfield, CT                                                                         1979- 1991

| | |
|---|---|
| **Federal Compliance Analyst** | 1987-1991 |
| **Contract Analyst/ Sr. Contract Analyst** | 1985-1987 |
| **Technical Resource Analyst, Medical Claims** | 1982-1985 |
| **Medical Claim Analyst / Sr. Claim Analyst** | 1979-1981 |

## EDUCATION

**J.D**. Western New England School of Law, Springfield, MA, 1990
**B.A**. University of Massachusetts at Amherst, MA 1985
    Alpha Sigma Lambda Honor Society
**A.S.** Greenfield Community College, Greenfield, MA 1974

Leading Across Boundaries –Global Leadership Program, Sun Life, Toronto, Canada, 2009
Strategic Leadership Skills, GEFA University, Richmond, VA 2001

## PROFESSIONAL AFFILIATIONS

Connecticut Bar Admission, 1991 to present

New England Claim Association, former member, Past President & Executive Board Member 1995-2018
Past President, Director, and Founder of New England Anti-Fraud Association       1994-2002
International Claim Association, Individual Health Committee                      1998- 1999
GE Women's Network                                                                2001 -2003