FILED
2021 Jun-18 PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit

# 2

**Specific Language**

| Insurer | Policy Year | Language |
|---|---|---|
| Paul Revere | 1992 | The Policy defines "Your Occupation" as "the occupation or occupations in which You are regularly engaged at the time Disability begins." *Karlin v. Paul Revere Life Ins. Co.*, 742 F. Supp. 2d 1253, 1262 (D. Kan. 2010). |
| Provident Life | 1983 | The 334 policy defines the term "your occupation" to mean "the occupation (or occupations if more than one) in which you are regularly engaged at the time you become disabled." *Stender v. Provident Life and Accident Ins. Co.*, 98 C 1056, 2000 WL 875919, at *2 (N.D. Ill. June 29, 2000). |
| Northwestern Mutual | 1995 | As for the insured's employment status at the time of the disability, the Policies state: The words "regular occupation" mean the occupation of the Insured at the time the Insured becomes disabled. If the Insured is regularly engaged in more than one occupation, all of the occupations of the Insured at the time the disability starts will be combined together to be "the regular occupation." *Zembko v. N.W. Mut. Life Ins. Co.*, 3:05CV918(AHN), 2007 WL 948323, at *1 (D. Conn. Mar. 26, 2007). |
| Mass Mutual | 1988 9322047 | Regular Occupation is defined in the ROR as "any work, employment, business, or profession which produced at least 25% of the Insured's Earned Income in any of the three successive twelve-month periods immediately preceding disability." The following example is provided: |

| | | |
|---|---|---|
| | | For the three successive twelve-month periods immediately preceding disability, your Earned Income was produced only from employment as a lawyer and a salesman. Sales activities produced 30%, 14%, and 0% of your Earned Income for those three periods. Your Regular Occupation, therefore, is both lawyer and salesman. If, instead, sales activities had produced 18%, 14% and 0% of your Earned Income for those three periods, your Regular Occupation would be lawyer only.<br><br>*Blackstone v. Massachusetts Mut. Life Ins. Co.*, 4:04 CV 134 R, 2007 WL 293880, at *2 (W.D. Ky. Jan. 29, 2007). |
| **Mass Mutual (cont'd)** | 1991 9435614 | Regular Occupations means the occupations in which the Insured was regularly engaged just before the date disability began. |
| | 1993 9495578 | Example: Just before the date disability began, you were regularly employed as a lawyer and as an accountant. Your Regular Occupation, therefore, is both lawyer and accountant.<br><br>*Blackstone v. Massachusetts Mut. Life Ins. Co.*, 4:04 CV 134 R, 2007 WL 293880, at *3 (W.D. Ky. Jan. 29, 2007). |
| **Equitable Life Assur. Soc.** | Pre-1994 | "[Y]our regular occupation," is in turn defined as "the occupation (or occupations, if more than one) in which you are regularly engaged for gain or profit at the time you become disabled."<br><br>*Giddens v. Eq. Life Assur. Soc. of U.S.*, 356 F. Supp. 2d 1313, 1317 (N.D. Ga. 2004), *aff'd in part, rev'd in part*, 445 F.3d 1286 (11th Cir. 2006). |

2

| Federated Life Ins | 1998 | The policy does include language defining "regular occupation" as "[t]he occupation (or occupations, if more than one) in which you are regularly engaged *at the time you become disabled*." (Emphasis added<br><br>*Viso v. Federated Life Ins. Co.*, C 08-04636 RS, 2010 WL 334457, at *4 (N.D. Cal. Jan. 28, 2010). |
|---|---|---|
| | 1999 | Total disability means that, because of sickness or injury, you are not able to perform the major duties of your occupation. Your occupation means the regular occupation (or occupations, if more than one) in which you are engaged at the time you become disabled. You will be totally disabled even if you are at work in some other capacity so long as you are not able to work in your occupation. If your occupation is limited to a single medial specialty certified by the American Board of Medical Specialties or a single dental specialty recognized by the American Dental Association, we will deem your specialty to be your occupation.<br><br>*Putnal v. Guardian Life Ins. Co. of Am.*, 5:04-CV-130(HL), 2006 WL 2850424, at *1 (M.D. Ga. Sept. 29, 2006) |

3