# Jury Verdict Form

## Count 1: Breach of Contract (Instructions pages 8-10)

Do you find by a preponderance of the evidence that Principal Life breached an insurance contract between Principal Life and Lemons?

   NO

*If your answer is 'no,' you will find in favor for Principal Life. You will go to the last page and have your foreperson date and sign the verdict form.*

*If your answer is 'yes', you will find in favor of Lemons and assess compensatory damages below.*

### Compensatory Damages

If you determined that Principal Life breached a contract, and that breach injured Lemons, determine the amount of damages (if any) to award for the following categories:

Past Due Benefits/Prejudgment Interest: $ 492,409.00

(*The parties have stipulated that, if you find that Principal Life breached the insurance contract, the proper amount of past due benefits and interest is $ 492,409.00)

## Count 2: Bad-Faith Insurance (Instructions pages 11-15)

Do you find by a preponderance of the evidence that Principal Life acted in bad faith by not paying Lemons benefits under the regular occupation rider?

YES  NO

*If your answer is 'no,' you will find in favor for Principal Life on Count 2. You will go to the last page and have your foreperson date and sign the verdict form.*

*If your answer is 'yes', you will find in favor of Lemons and will consider whether to assess damages below.*

### Compensatory Damages

If you determined that Principal Life acted in bad faith when it denied benefits, and Principal Life's action(s) caused Lemons mental anguish or emotional distress, determine the amount of damages to award:

Mental Anguish/Emotional Distress:    $ _____

### Punitive Damages

Do you find that Lemons proved by clear and convincing evidence that Principal Life consciously or deliberately acted towards Lemons with oppression, wantonness, or malice?

YES                NO

*If you circled 'no', go to the last page and have the foreperson sign and date the verdict form. If you circled 'yes,' determine the amount of punitive damages below:*

Punitive Damages:       $_____

2

So Say We All.

DATE: 8/20/21

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Foreperson's Signature