FILED
2021 Aug-23  PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM A. LEMONS, JR., M.D., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRINCIPAL LIFE INSURANCE ) <br> COMPANY, ) <br>     Defendant. ) | Case No. 2:18-CV-01040-CLM |

## FINAL JUDGMENT

On August 20, 2021, a jury returned a verdict in favor of Plaintiff William A. Lemons, Jr. on his breach of contract claim (Count 1) and in favor of Defendant Principal Life Insurance Company on the bad-faith insurance claim (Count 2).

In consideration of the jury verdict, the court rules as follows:

- The court **ENTERS A FINAL JUDGMENT** in favor of Lemons on Count 1 in the amount of $492,409.00 in past due benefits and prejudgment interest.

- The court **DISMISSES WITH PREJUDICE** Count 2.

- By operation of 28 U.S.C. § 1961, Lemons shall recover post-judgment interest on the total of his past due benefits and accrued prejudgment interest ($492,409.00), calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield for the week ending on August 20, 2021, and accruing monthly from the date of entry of this final judgment, until such time as Principal Life delivers payment

Costs taxed against Principal Life.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** on August 23, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE